Order Filed on May 31, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487<br>Telephone Number 561-241-6901<br>Attorneys For Secured Creditor,<br><br>Miriam J. Rosenblatt, Esq. (MR-7505) | |
| In Re:<br>Karen L. Palatini<br><br>Debtor(s). | Case No.: 15-19765-MBK<br><br>Judge: Michael B. Kaplan<br><br>Hearing Date:<br><br>Chapter 13 |

## CONSENT ORDER RESOLVING MOTION TO VACATE STAY

The relief set forth on the following pages, number two (2) through three (3) is hereby **ORDERED**.

**DATED:** May 31, 2017

_/s/ Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2

Debtor: Karen L. Palatini
Case No: 15-19765-MBK
Caption of Order: **CONSENT ORDER RESOLVING MOTION TO VACATE STAY**

Secured Creditor: SABR Mortgage Loan 2008-1 REO Subsidiary -1 LLC
Secured Creditor's Counsel: Robertson, Anschutz & Schneid, PL
Debtors' Counsel: Harvey L. Marcus, Esq.
Property Involved ("Collateral"): 17 Cleveland Road, Columbia, NJ 07832

Relief sought:   ☒ Motion for relief from the automatic stay
☐ Motion to dismiss
☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion is resolved, subject to the following conditions:

1. Status of post-petition arrearages:

   - The Debtor is overdue for 1 month, from 04/01/2017 to 04/01/2017.
   - The Debtor is overdue for 1 payment at $1,023.24 per month.
   - Less Funds held in debtor(s) suspense $96.25.

   Total Arrearages Due $926.99.

2. Debtor agrees to make an immediate payment of $926.99 by May 15, 2017.

3. Beginning on May 1, 2017, regular monthly mortgage payments shall continue to be made in the amount of $1,023.24.

4. If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the

Page 3
Debtor: Karen L. Palatini
Case No: 15-19765-MBK
Caption of Order: **CONSENT ORDER RESOLVING MOTION TO VACATE STAY**

Certification is filed with the court, a copy of the Certification shall be sent to the Chapter

13 Trustee, the Debtor, and the Debtor's attorney.

5. This Order shall be incorporated in and become part of any Order Confirming Plan in the herein matter.

6. Award of Attorneys' Fees:

   ☒ The Applicant is awarded attorney fees of $350.00 and costs of $181.00. The fees and costs are payable through the Chapter 13 Plan.

The undersigned consent to the terms, conditions and entry of this Order:

By: _____          By: _____
Harvey I. Marcus, Esq.                    Miriam J. Rosenblatt Esq.
*Attorney for Debtor(s)*                  *Attorney for Secured Creditor*